CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HF. PRODUCTIONS, INC., a Nevada Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>QUYNTIN STARKS, an individual; LENNY FRASIER, an individual; KIMBERLY WALKER, an individual; JUSTIN CONNELL, an individual; MIKE MC SHEA, an individual; JAMELIA C PRUDHOMME, an individual; ALLEN STUTELBERG, an individual; ANTHONY JOHNSON, an individual; ERICK ESPARZA, an individual; and JOHN and JANE DOES 1-10<br><br>　　　　Defendants | Case No.: 2:16-cv-02365-JAD-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANT ASSOCIATED WITH IP ADDRESS 68.229.49.118** |

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff LHF PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, hereby voluntarily dismisses Defendant the Doe Defendant Associated with the IP Address 68.229.49.118 with prejudice

HAMRICK & EVANS LLP

and ONLY the Doe Defendant Associated with the IP Address 68.229.49.118 from the above-captioned case.

Respectfully submitted January 20, 2017.

/s/ Charles C. Rainey
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph) / +1.818.763.2308 (fax)
*Attorney for Plaintiff*

HAMRICK & EVANS LLP