# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., | Case No. 2:16-cv-02365-JAD-NJK |
| Plaintiff(s), | |
| vs. | **ORDER** |
| QUYNTIN STARKS, et al., | (Docket No. 16) |
| Defendant(s). | |

Pending before the Court is the order for Plaintiff to show cause why the remaining 10 Doe Defendants should not be dismissed. Docket No. 16. Plaintiff subsequently dismissed those Doe Defendants. Docket No. 19. Accordingly, this order to show cause is DISCHARGED as moot.[1]

IT IS SO ORDERED

Dated: May 12, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] A second order to show cause was issued in this case. Docket No. 15. Plaintiff was given an extension to respond to that order to show cause, Docket No. 21, and it remains pending. This order does not resolve the issues raised therein.